# Exhibit A



**CORPORATION SERVICE COMPANY**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Bruce Buttaro<br>Liberty Mutual Insurance Company<br>175 Berkeley Street<br>Boston, MA 02117 |

| | |
|---|---|
| **Entity:** | Liberty Mutual Group Inc.<br>Entity ID Number  2541558 |
| **Entity Served:** | Liberty Mutual Group, Inc. |
| **Title of Action:** | Alice Bible vs. Parker Hannifin Corp. |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Greene County Chancery Court, Tennessee |
| **Case/Reference No:** | 20130173 |
| **Jurisdiction Served:** | Tennessee |
| **Date Served on CSC:** | 12/05/2013 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Jonathan Sevier Cave<br>423-638-5892 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

Alice Bible

VS.

Case Number: 20130173

Parker Hannifin Corp.
Ltd. Benefit Fund

*ALIAS*
**SUMMONS**

TO THE ABOVE NAMED DEFENDANT(S): Liberty Mutual Group, Inc.

You are hereby summoned and required to serve upon Jonathan Cave _____ Plaintiff/Plaintiff's Attorney, whose
                                                                     (Plaintiff or Plaintiff's Attorney)
address is 104 N. College St. _____ - Greeneville ____ TN - 37743
           (Street Address)                 (City)          (State)        (Zip Code)
and *ANSWER* to the pleading herewith served upon you within thirty (30) days after service of this *SUMMONS* and pleading upon you, exclusive of the
day of service. If you fail to do so, judgment by default can be taken against you for the relief prayed in the pleading.

Issued and tested this 2 day of December _____, 2013

| FILED |
|---|
| AT 3:50 O'CLOCK P M |
| Dec. 2 2013 |
| Kay Armstrong, C.M. |
| Clerk & Master |

Kay Armstrong
CLERK & MASTER
Beth Norton D.C.M.
DEPUTY CLERK & MASTER

To the defendant(s):
    Tennessee law provides a four thousand dollar ($4,000) personal property exemption from execution or seizure to satisfy a
judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a
written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time
and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be
effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law
and do not need to be listed; these include items of necessary wearing apparel for yourself and your family and trunks or other
receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be
seized, you would have the right to recover them. **If you do not understand your exemption right or how to exercise it, you
may wish to seek the counsel of a lawyer.**

SERVICE INFORMATION

To the process server: Defendant Liberty Mutual Group, Inc. _____ can be served at Corporation Service Company,
2908 Post Ave. Nashville, TN 37203-7712 *Directions to the defendant's home: _____

Defendant's place of employment: _____ *If defendant is to be served at his/her home, specify directions to
this location:

| FILED |
|---|
| AT ____ O'CLOCK ____ M |
| _____ 201__ |
| Clerk & Master |

RETURN

I received this summons on the _____ day of _____, 201____.

I hereby certify and return that on the _____ day of _____, 201____,

I: _____

(   ) served this summons and a pleading on defendant _____

in the following manner: _____

(   ) failed to serve this summons within 30 days after its issuance because: _____

ADA

_____
                                                                                        Process Server

Service is hereby accepted by defendant _____ this the ____ day of _____, 201____.

Witness by _____                                    Clerk & Master-D.C.M.

ADA
FOR ASSISTANCE CALL
423-798-1760


423-798-1760

## IN THE CHANCERY COURT OF GREENE COUNTY, TENNESSEE

ALICE BIBLE,                          )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )        No. 20130173
                                      )
PARKER HANNIFIN CORP.                 )
LTD BENEFIT FUND,                     )
                                      )        **COPY**
        Defendant.                    )

### COMPLAINT

Comes the Plaintiff Alice Bible, by and through counsel, and for her Complaint against Defendant Parker Hannifin Corp. LTD Benefit Fund and states and avers as follows:

1.      The Plaintiff Alice Bible (hereinafter "Bible") is a citizen and resident of Greene County, Tennessee.

2.      The Defendant Parker Hannifin Corp. LTD Benefit Fund (hereinafter "Parker") is a Massachusetts based insurance company and may be sued and served with process at its registered agent's location at Corporation Service Company, 2908 Poston Ave., Nashville, TN 37203-1312, pursuant to 29 U.S.C. §1132(d)(1).

3.      The Plaintiff Bible brings this action to recover benefits due for Disability Pension payments under the terms of the Parker Hannifin Corporation's Plan, (hereinafter "the Plan"), administered and paid pursuant to the provisions of the Employee Retirement Security Act, 29 U.S.C. § 1001 *et seq.* (hereinafter "ERISA"), and particularly 29 U.S.C. § 1132 (a)(1)(B).

A TRUE COPY

FILED
SEP 0 9 2013
Original Filing Date

**Kay Armstrong, J.D. C & M**
Clerk & Master

SEP 0 9 2013
Date of Certification

4. Jurisdiction over Plaintiff's claim in conferred on this Honorable Court pursuant to 29.U.S.C. § 1132 (e) (1).

5. Venue over Plaintiff's claim is conferred on this Honorable Court pursuant to 29 U.S.C. §1132 (e)(1).

6. The Plaintiff Bible is, and at all times relevant to this action, was a "participant" in the Plan as defined by 29 U.S.C. § 1002(7).

7. The Plan is an "employee welfare benefit plan" as defined by 29 U.S.C. § 1002 (1).

8. The Defendant Parker is a "party in interest" as defined by 29 U.S.C. § 1002 (14) (A) and a "named fiduciary" as defined by 29 U.S.C. § 1102 (a) (2) (A) which has the authority to control and manage the operation and administration of the Plan pursuant to 29 U.S.C. § 1102 (a) (1).

9. Plaintiff Bible was employed by Parker Hannifin Corporation and submitted a claim at or around December 11, 2009 due to abdominal pain and weight loss.

10. Bible's injury progressed and caused her to become totally disabled within the meaning of the Plan.

11. Bible began to receive Long Term Disability Benefits under the Plan on June 11, 2010.

12. As of June 11, 2012, Bible had received Long Term Disability Benefits for two years; however, any benefits beyond June 11, 2012, were denied by Parker.

13. Bible received a letter dated April 15, 2013, stating that Parker would not provide Long Term Disability Benefits under the Plan and that Parker would not consider any further administrative appeals from Bible.

16. On September 13, 2010, the Social Security Administration awarded benefits to Bible finding that she is unable to engage in any gainful employment.

17. Bible's claim was denied based in large part upon a limited review of Bible's symptoms by Parker who then determined that the Plaintiff could engage in full time sedentary or light work.

18. Defendant has failed to discharge its contractual obligations with respect to the Plan solely in the interest of plan participants as required by 29 U.S.C. § 1104 (a)(1).

19. Defendant breached its contractual and fiduciary duties by failing to consider the Social Security file applicable to this matter and failing to allow Bible to appeal the decision to deny her pension benefits.

20. Defendant's decision to deny Bible's disability pension benefits under the Plan was arbitrary and capricious. Further, in ignoring relevant opinions, Defendant denied Bible a full and fair review during the appeal process. In addition, Defendant had a financial incentive to deny benefits in this matter.

THEREFORE, premises considered, Alice Bible respectfully requests this Honorable Court to find the following:

A. That Defendant has breached its fiduciary duties, responsibilities, and obligations imposed upon them under ERISA.

B. That Alice Bible is disabled within the meaning of the Plan and is entitled to disability pension benefits from the Plan.

C. That Alice Bible shall be paid all benefits due under the Plan.

D. That Defendant shall pay prejudgment interest at the rate set by law on the disability benefits wrongfully withheld from Alice Bible or, if the amount is greater, order Defendant to pay her the amounts it has earned on the money wrongfully withheld from her as other equitable relief.

E. Order Defendant to pay Alice Bible the costs of his suit and reasonable attorney fees.

F. Grant such other and further relief to which Alice Bible is entitled.

Respectfully submitted this ___8th___ day of __Sept._____, 2013.

Jonathan Sevier Cave (BPR# 027139)
Attorney for the Plaintiff
The Cave Law Firm, PLLC
104 N. College Street
Greeneville, TN 37743
(423) 638-5892

## COST BOND

I acknowledge myself surety for all costs, taxes, and damages in this case in accordance with Tenn. Code Ann. § 20-12-120.

_Alice Bible_
Alice Bible

_[signature]_
Jonathan Sevier Cave



104 North College Street
Greeneville, TN 37743



7011 1150 0001 9718 5524



U.S. POSTAGE
PAID
GREENEVILLE. TN
37743
DEC 03. 13
AMOUNT

$00.31

00033930

37203

Liberty Mutual Group, Inc.
Coporation Service Company
2908 Poston Avenue
Nashville, TN 37203-7312

3720331312 C005